JUDGE SULLIVAN

'08 CIV 4184

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o PALL CORPORATION

      Plaintiff,

      - against -

EXEL GLOBAL LOGISTICS, INC. and DHL
GLOBAL FORWARDING,

      Defendants.
------------------------------------------------------X

08 Civ. ..

FRCP RULE 7.1
DISCLOSURE STATEMENT

RECEIVED MAY 01 2008 U.S.D.C. S.D.N.Y. CASHIERS

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o PALL CORPORATION, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. PALL CORPORATION (NYSE: PLL) is a publicly traded company.

Dated: New York, New York
      May 1, 2008
      299-660

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

                        By: _____
                                Christopher M. Schierloh (CS-6644)
                                317 Madison Avenue, 21st Floor
                                New York, NY 10017
                                (212) 286-0225