UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o PALL CORPORATION,

       Plaintiff,

  - against -

EXEL GLOBAL LOGISTICS, INC. and DHL
GLOBAL FORWARDING,

       Defendants.
------------------------------------------------------------------X

2008 Civ. 4184 (RJS)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated:    New York, New York
             July 21, 2008
             299-660

                                    Respectfully submitted,

                                    CASEY & BARNETT, LLC
                                    Attorneys for Plaintiffs

                 By:  _____
                           Christopher M. Schierloh (CS-6644)
                           317 Madison Avenue, 21st Floor
                           New York, NY 10017
                           (212) 286-0225

SO ORDERED:

_____
United States District Judge