UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY
a/s/o PALL CORPORATION,

    Plaintiff,

- against -

EXEL GLOBAL LOGISTICS, INC. and DHL
GLOBAL FORWARDING,

    Defendants.
------------------------------------------------------------X

2008 Civ. 4184 (RJS)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated:     New York, New York
              July 21, 2008
              299-660

Respectfully submitted,

CASEY & BARNETT, LLC
Attorneys for Plaintiffs

By: _____
Christopher M. Schierloh (CS-6644)
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

SO ORDERED:

_____
United States District Judge
8/11/08